CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 5 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARLON BRAMWELL, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:07cv00429 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| TERRY O'BRIEN, | ) | By: Hon. Glen E. Conrad |
|     Defendant. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ADJUDGED and ORDERED**

that the plaintiff's complaint shall be construed as a Bivens action and **FILED** and **DISMISSED** for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1). This action is hereby **STRICKEN** from the active docket of the court, and any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 25th day of September, 2007.

_____
United States District Judge